DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MANNAURE CRUZ-GUADALUPE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0335

_____

May 20, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; D. Ryan Felix, Judge.


PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.